UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUTH TEDLA,

Plaintiff,

v.

MCDONALDS CORPORATION,

Defendant.

CASE NO. **2:26-cv-02914-JHC**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 17th day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge