UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RUTH TEDLA,

Plaintiff,

v.

MCDONALDS CORPORATION, et al.,

Defendants.

CASE NO. 2:26-cv-02914-JHC

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Order for Service on Defendant the Prentice-Hall Corporation System, Inc.[1] Dkt. # 23.

Plaintiff proceeds pro se and *in forma pauperis* (IFP). Dkt. # 3. When an IFP plaintiff so requests, "the officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides, "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person

[1] Defendants McDonalds Corporation and McDonald's Restaurants of Washington, Inc. have signed waivers for the service of summons. Dkt. ## 24, 25.

specially appointed by the court. The court must so order if the plaintiff is authorized to proceed [IFP]."

Accordingly, the Court ORDERS as follows:

1. Plaintiff's motion is GRANTED. Dkt. # 23.

2. The Clerk shall provide a copy of this order, the second amended complaint (Dkt. # 14), Plaintiff's motion (Dkt. # 23), and the summons for Defendant the Prentice-Hall Corporation System, Inc. (Dkt. # 16 – the only summons on file directed to Prentice-Hall), to the United States Marshal or Deputy Marshal no later than **October 23, 2026**.

3. The United States Marshal or Deputy Marshal shall serve Defendant with the applicable summons and complaint no later than **November 23, 2026**.

DATED this 21st day of October, 2026.

John H. Chun
United States District Judge