UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUTH TEDLA,<br><br>Plaintiff,<br><br>v.<br><br>MCDONALD'S RESTAURANTS OF WASHINGTON, INC.; MCDONALD'S CORPORATION; THE PRENTICE-HALL CORPORATION SYSTEM, INC.,<br><br>Defendants. | Case No. 2:26-CV-02914-JHC<br><br>STIPULATION BY PLAINTIFF AND DEFENDANTS MCDONALD'S RESTAURANTS OF WASHINGTON, INC. AND MCDONALD'S CORPORATION REGARDING PLAINTIFF'S OPERATIVE COMPLAINT & ORDER |

**STIPULATION**

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Ruth Tedla and Defendants McDonald's Restaurants of Washington, Inc. and McDonald's Corporation (collectively, "Defendants") hereby submit this joint stipulation to (1) clarify and confirm which of Plaintiff's filed complaints should be considered the "operative" complaint in this matter to which Defendants should respond and (2) extend Defendants' deadline to respond to the operative complaint until November 6, 2026.

Plaintiff has indicated and the Parties agree that the Second Amended Complaint for Employment Discrimination filed on September 16, 2026 (the "Second Amended Complaint") is the operative complaint in this case to which Defendants should respond.

The Parties further agree that good cause exists for Defendants' deadline to file a response to the Second Amended Complaint to be briefly extended from October 28, 2026 until November 6, 2026, including to allow Defendants additional time to assess and prepare their responses to the Second Amended Complaint now that they have clarification as to which complaint the Plaintiff considers to be operative.

IT IS SO STIPULATED.

Dated: October 27, 2026

BRYAN CAVE LEIGHTON PAISNER LLP

By: *s/ Farron Curry*

Farron D. Curry, WSBA #40559
Farron.Curry@bclplaw.com
Elisabeth Read, WSBA #59762
Elisabeth.Read@bclplaw.com

Bryan Cave Leighton Paisner LLP
1201 Third Avenue, Suite 5000
Seattle, WA 98101
Tel: 206-623-1700

*Attorneys for Defendants McDonald's Restaurants of Washington, Inc. and McDonald's Corporation*

PLAINTIFF

By: *s/ Ruth Tedla*

Ruth Tedla, Plaintiff
ruthtedla@ymail.com
3213 Nassau Street, Apt A
Everett, WA 98201
Tel: 360-223-2496

**ORDER**

This matter comes before the Court on the above Stipulation. It is hereby ORDERED that:

1. Plaintiff's Second Amended Complaint for Employment Discrimination filed on September 16, 2026 (the "Second Amended Complaint") is the operative Complaint in this case to which Defendants McDonald's Restaurants of Washington, Inc. and McDonald's Corporation should respond.
2. Defendant McDonald's Restaurants of Washington, Inc. and McDonald's Corporation's deadline to respond to the Second Amended Complaint is November 6, 2026.

IT IS SO ORDERED.

DATED this 27th day of October, 2026.

John H. Chun
United States District Judge